678 A.2d 711

ARTHUR S. DIXON v. PAMELA DIXON.

June 28, 1996.

## ORDER

This matter having been duly presented to the Court, and the Court having determined that the appeal does not raise a substantial constitutional question under *Rule* 2:2–1(a)(1) and the case law, the appeal (A–197) is hereby dismissed on the Court's own motion, and the motion for a stay pending appeal (M–1365) is dismissed as moot.

678 A.2d 711

THE PRINCETON INSURANCE COMPANY
v. 349 ASSOCIATES, L.L.C., ET AL.

June 28, 1996.

## ORDER

Leave to appeal is granted.